# Exhibit A

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**19-A-04451-10**
5/8/2019 2:36 PM

CLERK OF SUPERIOR COURT

In the Superior Court of Gwinnett County

State of Georgia

19-A-04451-10

Plaintiff

Vernice Cole

1796 Satellite Blvd

Duluth, GA 30097  (646) 232 4587

VS

Defendant(s)

The Collection Apartments, Kristen McNeal, Reginal Malcolm

4600 Roswell Road Building H

Sandy Springs, GA 30342

(404) 252-9108

RealPage Inc, Steve Winn

4550 North Point Pkwy #340

Alpharetta, GA 30022

877-325-7243

## COMPLAINT

Plaintiff Claims The Defendant (s) IS INDEBTED TO PLAINTIFF(S) AS FOLLOWS:

False Reporting (Improper screening report) Fraud, False Light (Defamation), Civil Violation, Housing Discrimination and Violating FCRA

Failed to research or verify before reporting false, defamatory, maligning, malice discriminating information.

Falsely Branded and Denied Housing

That Said is in the amount $104.00 (application Fee) Statutory damages in amount of rent 12 month term lease ($1225.00 per month as stated in offer) total $14,700.00 All monies paid court fees and punitive damages $100,000.00.

May God's Will Be Done and so it is... Amen

This Day 7th of May in the year 2019

*Vernice Cole* /s/ 1796 Satellite Blvd, Duluth, GA 30097  646-232-4587

From:
Subject: Receipt for your payment to The Collection
Date: April 18, 2019 at 8:33 PM
To:

# Vernice Cole, this is a receipt for your payment to The Collection

Dear Vernice Cole,

Details for your payment to The Collection are shown below. This payment is related to your lease of unit # 364

Should you have any questions, please call us at (404) 252-9108.

Sincerely,
Leasing Staff

**Continue leasing**

## Receipt for payment to The Collection

| | | |
|---|---|---|
| **Paid by** | Vernice Cole | |
| | 1796 Satellite Blvd | |
| | Duluth , GA 30097 | |
| **Charges** | Online Application Fee | $49.00 |
| | Online Administration Fee | $50.00 |
| | Convenience Fee | $5.00 |
| | Total charges | $104.00 |
| **Payments** | Account type: Credit card | $104.00 |
| | Card name: Visa | |
| | Card number: xxxxxxxxxxxx1963 | |
| | Invoice number: HGC2TR7KLA1 | |
| | 04/18/2019 | |
| | Total payments | $104.00 |

From: 
Subject: Your application status at Collection
Date: April 19, 2019 at 12:23 PM
To:

4/19/2019

Vernice Cole
1796 Satellite Blvd
Duluth, GA 30097, US

Thank you for your recent application. Your request was carefully considered and we regret that we are unable to approve your application at this time for the following reason(s):

Rental history unsatisfactory or insufficient
Fraud alert

Our decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. These consumer reporting agencies played no part in our decision and are unable to supply specific reasons for our decision on your application.

You have the right, under the Fair Credit Reporting Act, to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Equifax
P.O. Box 105873
Atlanta, Georgia 30348
(800) 685-1111

LeasingDesk Screening
2201 Lakeside Blvd.
Richardson, Texas 75082
(866) 934-1124
http://www.realpage.com/consumer-dispute

Please be advised that 'Fraud Alert' may mean that you (or your co-applicant, if any) have placed a fraud alert on your credit file and the national credit bureau that reported the information (listed below) has reported this to us. If you have not requested a fraud alert with the bureau, then there was some discrepancy in the information you provided at the time of application.

If you have a question about this notice or the community's rental standards, please contact the submitting property.

Collection
4600 Roswell Rd
Sandy Springs, GA 30342-3075, US

Sincerely,
Collection



For the quickest resolution

Civil Action No. 19 A 04451-10
Date Filed 5/8/19

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Vernice Cole
1796 S. Fullt Blvd
_____ GA 30097  646 232 9587   **Plaintiff**
VS.
RealPage Inc _____
4550 North Point Pkwy #340
_____ GA 30022         **Defendant**
877-325-7243

Attorney's Address

Name and Address of party to be served.
~~_____~~ Pat Flynn
4550 North Point Pkny #400
Alpharetta GA 30022
678-578-5700
10:00 AM - 2:00 PM

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑
Served the defendant RealPage Inc / Pat Flynn _____ a corporation
by leaving a copy of the within action and summons with Kelly Johnson
in charge of the office and place of doing business of said Corporation in this County. / Staff Acct.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This 31 day of May, 20 19

TSmith 2374
**Deputy**
Gwinnett County, Georgia

Sheriff Docket_____ Page_____

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant
SC-2 Rev.3.13

**OFFICIAL RECEIPT**



# Fulton County Sheriff's Office

**185 Central Ave., S.W.
Atlanta, Georgia 30303
(404) 612-5100**

| Payor | Receipt No. |
|---|---|
| Vernice Cole | **2019-02677** |
| | Transaction Date |
| | 05/13/2019 |

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
|     Civil Papers Filed in State | 50.00 |
|     Civil Papers Filed in State | 50.00 |
|     SUBTOTAL | 100.00 |
| **PAYMENT TOTAL** | **100.00** |
| Cash Tendered | 100.00 |
| Total Tendered | 100.00 |
| Change | 0.00 |

Civila Action Number: 19-A-04451-10,

| 05/13/2019 | Cashier | Audit |
|---|---|---|
| 01:56 PM | Station Donaldson | 10635046 |

**OFFICIAL RECEIPT**

Case 1:19-cv-02987-MLB   Document 1-1   Filed 06/28/19   Page 7 of 10

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**19-A-04451-10**
5/8/2019 2:36 PM

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

*CLERK OF SUPERIOR COURT*

Vernice Coe
1796 Satellite Blvd
Duluth, GA 30097
646-232-4587   **PLAINTIFF**

CIVIL ACTION NUMBER: 19-A-04451-10

VS.

The Collection Apartments
4600 Roswell Road Building H
Sandy Springs, GA 30342
404-252-9108   **DEFENDANT**
Kristen McNeal / Reginal Malcolm

Realpage Inc, Steve Winn
4550 North Point Pkwy #340
Alpharetta, GA 30022
877-325-7243

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff=s attorney, whose name and address is:

_____

in answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This  08  day of  MAY , 20 19 .

Richard T. Alexander, Jr.,
Clerk of Superior Court

BY *Lindsay Watkins*
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

2

FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**19-A-04451-10**
5/8/2019 2:36 PM

CLERK OF SUPERIOR COURT

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of _____ County

**For Clerk Use Only**
Date Filed: 05-07-2019 (MM-DD-YYYY)
Case Number: 19-A-04451-10

**Plaintiff(s)**
- Last: COLE, First: VERNICE
 
**Defendant(s)**
- Last: THE, First: COLLECTION APARTMENTS
- Last: McNEAL, First: KRISTEN
- Last: MALCOLM, First: Reginal
- Last: Real, First: Page Inc
- Last: STEVE, First: WINN

Plaintiff's Attorney: _____
Bar Number: _____  Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

Case Number _____  Case Number _____

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

E-FILED IN OFFICE - AI
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**19-A-04451-10**
6/19/2019 4:46 PM

[Clerk signature]
CLERK OF SUPERIOR COURT

Civil Action No. __19 A 04451-10__

Date Filed __5/8/19__

Attorney's Address

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

__VERNICE COLE__
__1796 SATELLITE BLVD__
__DULUTH, GA 30097  646-232-7587__ Plaintiff
VS.
__REAL PAGE INC, STEVE WINN__
__4550 NORTH PINT PKWY #340__
__ALPHARETTA, GA 30022__ Defendant
__877-325-7243__

Name and Address of party to be served.
~~[crossed out]~~ __PAT FLINT__
__4550 NORTH POINT PKWY #400__
__ALPHARETTA, GA 30022__
__678-578-5700__
__10:00 AM - 2:00 PM__

Garnishee

## Sheriff's Entry Of Service

**Personal ☐**
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☑**
Served the defendant __Real Page Inc / Pat Flynn__ a corporation
by leaving a copy of the within action and summons with __Kelly Johnson__
in charge of the office and place of doing business of said Corporation in this County. __Staff Acct.__

**Tack & Mail ☐**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This __31__ day of __May__, 20__19__

[Signature] 2374
Deputy
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13

E-FILED IN OFFICE - AI
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**19-A-04451-10**
6/19/2019 4:46 PM

Civil Action No. 19 A 04451-10

Date Filed 5/8/19

Magistrate Court ☐
Superior Court ☐
State Court ☐

CLERK OF SUPERIOR COURT

Georgia, Gwinnett County

VERNICE COLE
1796 SATELLITE BLVD Unit 1108
DULUTH, GA 30097 646-232-4587 Plaintiff
VS.
THE COLLECTION APARTMENTS
KRISTIN MCNEAL REGINAL MALCOLM
4600 ROSWELL ROAD BLG H
SANDY SPRINGS, GA 30342 Defendant
404-252-9108

Attorney's Address

Name and Address of party to be served.
KRISTEN MCNEAL
4600 ROSWELL ROAD BUILDING H
SANDY SPRINGS, GA 30342
10 AM - 2:30 PM

Garnishee

## Sheriff's Entry Of Service

**Personal** ☑ I have this day served the defendant __Kristen McNeal P/S__ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 13 day of June, 2019.

Deputy

Sheriff Docket_____ Page_____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13