# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERNICE COLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE COLLECTION APARTMENTS; KRISTEN MCNEAL; REGINAL MALCOM; REALPAGE, INC.; and STEVE WINN,<br><br>　　　　Defendants. | CIVIL ACTION NO. |

**DECLARATION OF MARTIN E. THORNTHWAITE
IN SUPPORT OF DEFENDANT REALPAGE, INC.'S MOTION TO DISMISS**

I am making this Declaration based upon my personal knowledge and I am competent to testify as to the matters stated below:

1. I am over the age of 18 and competent to give this declaration.

2. I am a Vice President and Associate General Counsel at RealPage, Inc. ("RealPage"). I reside in Texas and work out of RealPage's office in Richardson, Texas.

3. RealPage is incorporated in the State of Delaware.

4. RealPage maintains its principal place of business and headquarters in Richardson, Texas.

Dated: July 5, 2019        By: _____
                                Martin E. Thornthwaite

39270817