FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 13 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VERNICE COLE, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1: 19 CV2987 MLB |
| v. | ) |
| COLLECTION APARTMENTS, | ) |
| KRISTEN MCNEAL, | ) |
| REGINAL MALCOLM, | ) |
| REALPAGE INC, and STEVE WINN, | ) |
| | ) |
| Defendants. | ) |

## 3RD Amended Complaint

Plaintiff Claims The Defendant (s) IS INDEBTED TO PLAINTIFF (S) AS FOLLOWS Business or Contractual Relations, The Collection apartments, Reginal Malcolm agreed to rent upon submission of application and fees.

Reginal Malcolm states RealPage documents "you been evicted in New York 2012" Negligent Misrepresentation, Libel

REALPAGE (owner Steve Winn). Negligent Misrepresentation False Report, Libel, Violated FCRA provided erroneous information

Kristin McNeal email states rental history unsatisfactory or insufficient, denied housing Constructive Fraud

That Said is in the amount of $1000 (general damages) $734 (deposits and application fees)

$47,775 (actual lost), punitive damages $100,000 special damages $15,925

Thy Will Be Done… And So It Is   TRUTH IS MY RENTING HISTORY IS EXEMPLARY

This 13 day of September 2019.

_____
Vernice Cole
Plaintiff, Pro Se

325 Centennial Olympic Park Dr, Atlanta, GA 30313 646-232-4587